FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Tel:   316.267.6371

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LODGEWORKS, L.P.,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**C.F. JORDAN CONSTRUCTION, LLC,** )<br>)<br>Defendant. )<br>_____ ) | Case No. 11-CV-1317-KHV-GLR |

### LODGEWORKS' MOTION FOR PRELIMINARY INJUNCTION

This case seeks the Court's early ruling on the proper venue and controlling law for a multi-million dollar construction *arbitration* under the Federal Arbitration Act. Two arbitration proceedings and a Texas state court declaratory judgment action are proceeding in parallel, each with the potential to eviscerate plaintiff LodgeWorks' contractual bargain to hold the arbitration in Wichita under Kansas law.

LodgeWorks therefore moves the court pursuant to Fed. R. Civ. P. 65(a) and D. Kan. Rule 65.1 for a preliminary injunction preventing defendant C.F. Jordan Construction, LLC from (1) seeking to conduct the LodgeWorks-Jordan arbitration hearing in any location other than Wichita and under controlling law other than Kansas; (2) pursuing its Travis County, Texas lawsuit against LodgeWorks; and (3) asking the American Arbitration Association to hold the

1

LodgeWorks-Jordan arbitration hearing in Texas under Texas law. The factual basis for injunctive relief is set forth in LodgeWorks' verified Complaint.

LodgeWorks has filed a separate motion for an expedited hearing and briefing schedule on the merits of the injunction request.

Respectfully submitted,

By  /s/ Wyatt A. Hoch
Wyatt A. Hoch, #11747
Kyle J. Steadman, #17205
Bradley D. Serafine, #24135
FOULSTON SIEFKIN LLP
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas  67206-4466
Phone:  316.267.6371
Fax:     316.267.6345
Email:  whoch@foulston.com
            ksteadman@foulston.com
            bserafine@foulston.com