FOULSTON SIEFKIN LLP
1551 N. Waterfront Parkway, Suite 100
Wichita, Kansas 67206-4466
Tel:   316.267.6371

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **LODGEWORKS, L.P.,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 11-CV-1317-KHV-GLR |
| ) | |
| **C.F. JORDAN CONSTRUCTION, LLC,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## MOTION FOR EXPEDITED HEARING
## on PRELIMINARY INJUNCTION and
## PROPOSED BRIEFING SCHEDULE

Plaintiff LodgeWorks moves the court to set an expedited hearing and briefing schedule on LodgeWorks' motion for preliminary injunction so the issues can be heard as soon as practical after November 6, 2011. An expedited hearing is necessary because:

1.      Pursuant to the parties' contractual arbitration agreement, on August 1, 2011, LodgeWorks filed with the American Arbitration Association ("AAA") a Demand for Arbitration with Jordan and requested a hearing locale of Wichita, Kansas.

2.      Through a document filed with the AAA, on August 23, 2011, Jordan objected to Wichita, Kansas being the hearing locale and to the application of Kansas law to the parties' dispute, arguing that Section 272.001 of the Texas Business and Commerce Code enables Jordan to void the Design/Build Agreement's arbitration venue and choice of law provisions.

1

3. On August 26, 2011, Jordan filed a Petition in the District Court of Travis County, Texas against LodgeWorks seeking a declaratory judgment and injunctive relief to prevent enforcement of the Design/Build Agreement's arbitration provision and to conduct the arbitration hearing in Austin, Texas. A hearing has not been requested or set in the Travis County case.

4. On September 30, 2011, the AAA advised the parties that it would, absent an agreement, appoint a special arbitrator to decide whether the LodgeWorks – Jordan arbitration will be held in Wichita or Austin.

5. LodgeWorks' motion for preliminary injunction asks this court, under the authority of the Federal Arbitration Act, 9 U.S.C. § 1 et seq., to enforce the parties' privately-negotiated agreement to arbitrate in accordance with its terms. Delay in a judicial enforcement of the arbitration terms creates an opportunity for a Texas state court's possibly-inconsistent determination on the venue and controlling-law questions, and further delay in resolution of the merits in arbitration.

LodgeWorks proposes the following schedule for briefing the legal arguments presented by the request for preliminary injunction:

| | |
|---|---|
| LodgeWorks' opening brief | filed by October 26, 2011 |
| C.F. Jordan's response brief | filed by November 2, 2011 |
| LodgeWorks' reply brief | filed by November 6, 2011 |

Respectfully submitted,


By  */s/ Wyatt A. Hoch*

Wyatt A. Hoch, #11747
Kyle J. Steadman, #17205
Bradley D. Serafine, #24135

FOULSTON SIEFKIN LLP
1551 North Waterfront Parkway, Suite 100
Wichita, Kansas  67206-4466
Phone:  316.267.6371
Fax:      316.267.6345
Email:  whoch@foulston.com
            ksteadman@foulston.com
            bserafine@foulston.com